**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (*If known*): _____ Chapter **11**

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | IMH Financial Corporation |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 2 7 _ 1 5 3 7 1 2 6 |

**4.  Debtor's address**

**Principal place of business**

7001   N. Scottsdale Road
Number   Street

Suite 2050

Phoenix          AZ      85253
City             State    ZIP Code

Maricopa
County

**Mailing address, if different from principal place of business**

_____
Number       Street

_____
P.O. Box

_____
City          State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____

_____
City          State      ZIP Code

**5.  Debtor's website** (URL)      https://www.imhfc.com/

| Debtor | IMH Financial Corporation | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>2</u>  <u>2</u>  <u>2</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    IMH Financial Corporation
_____    Case number (if known) _____
Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No

   ☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

                  District _____  When _____  Case number _____
                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ■ No

    ☐ Yes.  Debtor _____  Relationship _____

                   District _____  When _____
                                                                       MM / DD / YYYY

                   Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

      **Why does the property need immediate attention?** (*Check all that apply.*)

      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

         What is the hazard? _____

      ☐ It needs to be physically secured or protected from the weather.

      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

      ☐ Other _____

      **Where is the property?** _____
                                    Number        Street

                                    _____

                                    _____
                                    City                                    State ZIP Code

      **Is the property insured?**

      ☐ No

      ☐ Yes. Insurance agency _____

             Contact name _____

             Phone _____

---

**Statistical and administrative information**

---

| Debtor | IMH Financial Corporation | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
■ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
■ $50,000,001-$100 million
■ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07  23  2020
                MM  /  DD  /  YYYY

✘  /s/ Chadwick S. Parson                          Chadwick S. Parson
Signature of authorized representative of debtor    Printed name

Title  Chairman and CEO

---

| Debtor | IMH Financial Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

**18. Signature of attorney**     ✗   /s/ William P. Bowden

Date   07  / 23  / 2020

Signature of attorney for debtor

MM / DD / YYYY

William P. Bowden and Christopher H. Bayley

Printed name

Ashby & Geddes P.A. and Snell & Wilmer L.L.P. (400 E. Van Buren St., Ste. 1900, Phoenix, AZ 85004)

Firm name

| 500        Delaware Avenue | | |
|---|---|---|
| Number        Street | | |
| Wilmington | DE | 19899 |
| City | State | ZIP Code |
| 302-654-1888 (WB) 602-382-6000 (CB) | wbowden@ashbygeddes.com cbayley@swlaw.com | |
| Contact phone | Email address | |
| WB 19899   CB 010764 Arizona | DE | |
| Bar number | State | |

**Fill in this information to identify the case and this filing:**

Debtor Name __IMH Financial Corporation__

United States Bankruptcy Court for the: _____    District of __Delaware__
                                                                                    (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration__Corporate Ownership Statement and Creditor Matrix_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07  23  2020__          ✖ */s/ Chadwick S. Parson*_____
                MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                    Chadwick S. Parson_____
                                    Printed name

                                    Chairman and CEO_____
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    IMH Financial Corporation

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MidFirst Bank | 1875 Century Park East, Suite 1400, Los Angeles, CA 90067, George Sacco (310) 270-9500, gsacco@1cbank.com | Bank Loan | Contingent | | | $37,000,000 |
| 2 | Squire Patton Boggs (US) LLP | 1 E. Washington Street, Suite 2700 Phoenix, AZ 85004 Deanna Albert (602) 528-4000, deanna.albert@squirepb.com | Professional Services | | | | $97,329.82 |
| 3 | Gibson, Dunn & Crutcher LLP | 333 South Grand, Los Angeles, CA 90071, Jeffrey C. Krause, (213) 229-7000, jkrause@gibsondunn.com | Professional Services | | | | $32,258.76 |
| 4 | Delaware Secretary of State | P.O Box 5509, Binghamton, NY, 13902-5509 (302) 577-8161 | Corporate & LLC Taxes | | | | $20,000.00 |
| 5 | Holland & Knight | P.O. Box 864084, Orlando, FL 32886-4180 Robert J. Gramming, (813) 227-6515, robert.gramming@hklaw.com | Professional Services | | | | $19,164.50 |
| 6 | MidFirst Bank | 101 Cook Street, Denver, CO 80206 Kelsey Sahli, (303) 376-5479 kelsey.sahli@midfirst.com | Credit Card | | | | $17,945.40 |
| 7 | Ulmer Berne LLP | Skylight Office Tower, 1660 West 2nd Street, Suite 1100, Cleveland, OH 44113-1448 Kelly L. Jones, (216) 583-7000 kljones@ulmer.com | Professional Services | | | | $8,802.29 |
| 8 | Computershare Inc. | 480 Washington Blvd., 26th Floor, Jersey City, NJ 07310 Constance Adams, (201) 680-5258, constance.adams@computershare.com | Dividends | | | | $7,733.88 |

Debtor  IMH Financial Corporation
        _____
        Name

Case number (if known)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Greenberg Traurig LLP | 1840 Century Park East, Suite 1900 Los Angeles, CA 90067 Tash H. Barksdale, (602) 445-8130 barksdaleet@gtlaw.com | Professional Services | | | | $3,932.50 |
| 10 | ITH Partners, LLC | 7117 North 68th Place, Paradise Valley, AZ 85253, Lawrence D. Bain, (602) 999-2231, ldb@ithpartners.com | Consulting | | | | $3,548.39 |
| 11 | Sutin, Thayer & Browne | 6100 Uptown Blvd., NE Suite 400 Albuquerque, NM 87110, P.O. Box 1945 Albuquerque, NM 87103, (505) 883-2500 | Professional Services | | | | $3,303.67 |
| 12 | Iron Mountain | 1101 Enterprise Dr., Royersford, PA 19468 John Sargent, (610) 495-4946 john.sargent@ironmountain.com | Trade Debt | | | | $1,142.77 |
| 13 | ACA Compliance Services Inc. | P.O. Box 573, Rock Hill, SC 29731 (844) 234-0852, www.cimplxaca.com | Legal/Tax Services | | | | $542.70 |
| 14 | Phoenix NAP | P.O Box 51514, Los Angeles, CA, 90051-5814, Mike Berry, (480) 646-5417, mikeb@phoenixnap.com | Trade Debt | | | | $466.35 |
| 15 | Neustar | Bank of America P.O. Box 277833, Atlanta, GA 30384-7833 Patrick Kilkelly, (502) 653-3864, patrick.kilkelly@neustarbiz.com | Trade Debt | | | | $135.00 |
| 16 | Modrall Sperling | P.O. Box 2168, Albuquerque, NM, 87103-2168 Douglas R. Vadnais, (505) 848-1800, doug.vardnais@modrall.com | Professional Services | | | | $127.83 |
| 17 | Cisco Credit Inc. | 2815 S. Alma School Rd., Suite 1009 Mesa, AZ 85210 Terri Bottalico, (800) 804-0043 E13 terri@ciscocredit.com | Trade Debt | | | | $50.00 |
| 18 | ProCopy Office Solutions, Inc. | ProCopy Office Solutions, Inc. 1801 W. Olympic Blvd., File 2317, Pasadena, CA 91199-2317 Matt Singer, (602) 776-2679 | Trade Debt | | | | $47.71 |
| 19 | Veratad Technologies, Inc. | 500 Frank W Burr Blvd., Suite 1400, Teaneck, NJ 07666, Tom Canfarotta, (201) 510-6000, tcanfarotta@veratad.com | Trade Debt | | | | $35.00 |
| 20 | Staples Contract & Commercial | Staples Contract & Commercial 777 S. Sable Blvd., Aurora, CO 80012 Anthony Manilla, (807) 826, 7755, anthony.manilla@staples.com | Trade Debt | | | | $32.72 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IMH FINANCIAL CORPORATION, | ) | Case No. |
| | ) | |
| Debtor.[1] | ) | |
| | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure,

set forth below are the entities that directly or indirectly own 10% or more of any class of IMH

Financial Corporation equity interests as of July 16, 2020:

| Shareholder | Class of Equity Ownership Interest |
|---|---|
| Juniper NVM LLC | Preferred B1 |
| JPMorgan Chase Funding Inc. | Preferred B1 |
| JCP Realty Partners LLC | Preferred B1 |
| JPMorgan Chase Funding Inc. | Preferred B2 |
| JPMorgan Chase Funding Inc. | Preferred B3 |
| JPMorgan Chase Funding Inc. | Preferred B4 |
| JPMorgan Chase Funding Inc. | Preferred A |
| ITH Partners LLC | Common Stock |
| Marshawn Monique Jack TR UA 01/22/2015 Steven T Darak Living Trust | Common Stock |
| W A M Revocable Trust DTD | B4 Common Stock |
| Pierce Family LP | B4 Common Stock |

---

[1]     The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, as applicable, is IMH Financial Corporation (7126).  The location of the Debtor's corporate headquarters is Scottsdale, Arizona.

**RESOLUTIONS APPROVED AT THE JULY 8, 2020 MEETING OF THE BOARD OF DIRECTORS OF IMH FINANCIAL CORPORATION**

**WHEREAS**, in the judgment of the Board of Directors, it is in the best interests of IMH Financial Corporation ("**IMH**" or the "**Company**"), its creditors and its shareholders to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code ("**Bankruptcy Code**");

**NOW, THEREFORE LET IT BE:**

**RESOLVED**, that Chadwick S. Parson, the Chairman of the Board and Chief Executive Officer of the Company, or any other of the Company's executives or agents that he designates (each, an "**Authorized Agent**" who acts at all times in the Company's name and on the Company's behalf), is authorized and instructed to engage the services of Snell & Wilmer L.L.P. ("**S&W**") and Ashby & Geddes ("**Ashby & Geddes**") as the Company's bankruptcy counsel (collectively, "**Bankruptcy Counsel**") in accordance with the terms set forth in the engagement agreements the Authorized Agent may enter into with Bankruptcy Counsel at the rates and retainer, if any, outlined therein;

**RESOLVED**, that the Authorized Agent is authorized and instructed to hire such other professionals, including but not limited to investment bankers, financial advisors, consultants, claims and noticing agents, and accountants, as are needed to properly carry out the objectives of a Chapter 11 bankruptcy filing;

**RESOLVED**, that the Authorized Agent is authorized and instructed to pursue the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company in the form deemed most appropriate by the Authorized Agent, including but not limited to securing plan support agreements with any and all third parties deemed necessary to a successful Chapter 11 bankruptcy process, including but not limited to JPMorgan Chase Funding Inc. and Juniper Investment Advisors, LLC.

**RESOLVED**, that the Authorized Agent is authorized and instructed to execute and deliver all documents necessary to perfect the filing of any such Chapter 11 voluntary bankruptcy case on behalf of the Company.

**RESOLVED**, that the Authorized Agent is authorized and instructed to execute and direct Bankruptcy Counsel to file all documents, declarations, schedules, statements, motions, applications, pleadings, and other papers in connection with the bankruptcy case and take any action that Bankruptcy Counsel deems necessary or proper, including but not limited to the ordinary course operation of the Company's business, the borrowing of necessary monies for operation, any sale of the Company's assets, and any other transaction deemed necessary or proper to protect and advance the interests of the Company's creditors and parties-in-interest, all on the advice and with the guidance of Bankruptcy Counsel;

**RESOLVED**, that the Authorized Agent is authorized and instructed to make any arrangements deemed necessary or proper for the Company to use existing cash-on-hand or to

borrow additional funds as a debtor-in-possession under Chapter 11 of the Bankruptcy Code by negotiating and agreeing with potential lenders as to the terms and amounts of any such borrowings and to grant any security interests in the Company's assets and to execute and deliver appropriate agreements for the debtor-in-possession financing in connection with the bankruptcy case;

**RESOLVED**, that the Authorized Agent is authorized and instructed on behalf of the Company to enter into and execute restructuring support agreements with JPMorgan Chase Funding, Inc. ("JPMorgan"), Juniper Capital Asset Management, LLC ("JCAM"), JCP Realty Partners, LLC ("JCP Realty"), Juniper NVM, LLC ("JNVM"), and Juniper Investment Advisors, LLC ("JIA") (collectively, the "Juniper Parties"), ITH Partners LLC and Lawrence D. Bain (together, the "Bain Parties"), and/or MidFirst Bank ("MidFirst"), agreements for debtor-in-possession financing and any and all documents related thereto, agreements for exit facility financing and any and all documents related thereto, and any and all other necessary and appropriate agreements and documents, all substantially consistent with that certain term sheet dated June 11, 2020 attached hereto as **Exhibit 1**.

**RESOLVED**, that the Special Committee of the Board of Directors, formed on November 4, 2019 for the purpose of evaluating a potential restructuring of the Company, shall remain intact and shall act in a surveillance and advisory role in connection with the restructuring transactions described herein.

**RESOLVED**, that the Authorized Agent is authorized and instructed to take all such actions and to perform any and all acts that he deems necessary or appropriate to effectuate the purpose and intent of these resolutions.

**RESOLVED**, that all authorized acts or agreements undertaken by any Authorized Agent on the Company's behalf before these resolutions were adopted, done, or made in connection with these resolutions, are authorized, approved, ratified, and adopted as the Company's acts or agreements.

# EXHIBIT 1



**Financial Corporation**
*AHEAD OF THE FUTURE*

7001 N. Scottsdale Rd, Suite 2050, Scottsdale, Arizona 85253
www.imhfc.com / IMH Holdings, LLC / BK 0920166

June 11, 2020

JP Morgan Chase Funding Inc.
383 Madison Avenue, 8th Floor
New York, NY 10179
Attention: Daniel Rood

JCP Realty Partners, LLC
11150 Santa Monica Blvd., Suite 1400
Los Angeles, CA 90025
Attention: Jay Wolf

Re:   IMH Financial Corporation, a Delaware corporation (the "Company")

Dear Dan and Jay:

This letter (this "Letter") sets forth proposed terms and conditions of a reorganization of the Company under Chapter 11 of the United States Bankruptcy Code (the "Code"). The Company believes that in the absence of the restructuring transactions described herein (the "Restructuring"), the Company would be required to liquidate and, at a minimum, common equity holdings will be worthless, while if successful the Restructuring will result in a payment to common stockholders.

As more specifically set forth below, this Letter is non-binding and the transactions described herein are expressly subject in all respects to the final approval and directive of the Special Committee of the Company's Board of Directors.

## I.   CHAPTER 11 FILING

No later than July 1, 2020 (the "Petition Date"), the Company will commence a voluntary case (the "Chapter 11 Case") under Chapter 11 of the Code in the United States Bankruptcy Court in the District of Delaware (the "Court"), and seek confirmation of a plan of reorganization proposed by the Company (the "Plan") for the purpose of effectuating the Restructuring. The Company will seek hearings at the earliest possible dates to obtain Court approval of a Disclosure Statement with respect to the Plan (the "Disclosure Statement") and the entry of the Confirmation Order (defined below).

7244530.13

## II.    PRECONDITIONS TO COMMENCEMENT OF CHAPTER 11 CASE

A.   Agreements with JPMorgan Chase Funding Inc. ("JPM")

1.   The Company and JPM shall have agreed to JPM's treatment under the Plan.

2.   The Company and JPM shall have agreed to the terms and conditions of, and final documentation with respect to, the DIP Facility (defined below).

3.   The Company and JPM shall have agreed to the material terms and conditions of the Exit Facility (defined below).

4.   Each of the following, together with any first-day motions filed by the Company in the Chapter 11 Case with respect thereto, shall be acceptable in form and substance to JPM in its sole discretion (all of the following undefined terms as defined below): (a) the Plan, the Disclosure Statement, and all exhibits thereto including without limitation all solicitation materials (collectively, the "Confirmation Documents"), (b) all agreements with the Juniper Parties, (c) all agreements with the Bain Parties, (d) the Management Agreements, (e) all agreements with respect to the Hotel Redemption, (f) the DIP Facility, (g) a term sheet with respect to the Exit Facility, and (h) the RSA.

B.   Agreements with Jay Wolf, Juniper Realty Partners, LLC ("Juniper"), Juniper Investment Advisors, LLC ("JIA"), and their affiliates (the "Juniper Parties")

1.   The Company and Juniper shall have agreed to Juniper's treatment under the Plan.

2.   Juniper shall assist the Company in coordinating a redemption of the Fund Investors (as defined below) or restructuring of the Fund (as defined below) to achieve more favorable terms for the Company (the "Hotel Redemption"). All material agreements with respect to the Hotel Redemption shall be entered into on or before July 1, 2020 and the effectiveness thereof shall be subject only to the confirmation of the Plan and the occurrence of the Effective Date (as defined below). The Plan shall provide that a $22,500,000 portion of the Exit Facility shall be dedicated to fund the Hotel Redemption on the Effective Date, and the Confirmation Order shall authorize and direct the Reorganized Debtor to effectuate the Hotel Redemption. Provided that all material agreements with respect to the Hotel Redemption are entered into and the Hotel Redemption becomes binding upon all Fund Investors on or before July 1, 2020 subject only to the occurrence of the Effective Date, then the Company shall pay Juniper a success fee of $300,000 on the Effective Date. The Hotel Redemption and this success fee shall be disclosed to the Court in the Disclosure Statement.

3.   Juniper shall assist the Company in coordinating the solicitation of the acceptance or rejection of the Plan from the Common Equity Class (as defined below) and the Warrants Class (as defined below). Provided that the Common Equity Class and the Warrants Class each votes to accept the Plan under Section 1126(d) of the Code, subject only to the occurrence of the Effective Date, then the Company shall pay Juniper a coordination fee of $100,000 on the Effective Date. The foregoing shall be disclosed to the Court in the

-2-

Disclosure Statement.

4.  The Company and JIA, no later than the Petition Date, shall amend and restate that certain Non-Discretionary Investment Advisory Agreement dated as of August 14, 2019 (as amended and restated, the "ARAA") to be assumed by the Company and become effective on and subject only to the occurrence of the Effective Date. The form of ARAA to be assumed and accepted shall be disclosed to the Court in the Disclosure Statement.

5.  Each of the following shall be acceptable in form and substance to the Juniper Parties in their sole discretion: (a) all agreements with any of the Juniper Parties, and (b) the RSA with respect to matters involving the Juniper Parties.

C.  Agreements with Chadwick Parson, Jonathan Brohard, and Samuel Montes ("Existing Management")

1.  Subject to the occurrence of the Effective Date, the Company shall assume: (i) that certain Executive Employment Agreement dated as of August 30, 2019, by and between the Company, IMH Management Services LLC, and Chadwick Parson, as amended; (ii) that certain Executive Employment Agreement dated as of January 21, 2015, by and between the Company and Jonathan Brohard, as amended; and (iii) that certain Executive Employment Agreement dated April 11, 2017, by and between the Company and Samuel Montes, as amended (collectively, the "Management Agreements").

D.  Agreements with ITH Partners LLC and Lawrence D. Bain (the "Bain Parties")

1.  Subject to the occurrence of the Effective Date, the Company shall assume that certain Consulting Agreement dated as of July 25, 2019, by and between the Company and ITH Partners LLC, and that certain Termination of Employment Agreement, Release and Additional Compensation Agreement dated April 9, 2019, by and between the Company and Lawrence D. Bain.

E.  Agreements with Lender

1.  Subject to the occurrence of the Effective Date, the Company shall obtain the consent of Lender (as defined below) to the amendment and restatement of the Hotel Loan (as defined below) and the Hotel Loan Guarantees (as defined below) on terms and conditions acceptable to JPM, including the agreement of Lender that neither the commencement of the Chapter 11 Case nor the occurrence of the Effective Date shall be events of default thereunder and that Lender shall not vote against or object to confirmation of the Plan, or seek cash payment on the Effective Date with respect to the Hotel Loan Guarantees, provided that the Hotel Loan and the Hotel Loan Guarantees as so amended and restated are assumed or adopted by the Company as reorganized debtor on the Effective Date.

F.  Execution of RSA

1.  Immediately prior to the commencement of the Chapter 11 Case on the Petition Date, the Principal Parties shall enter into a Restructuring Support Agreement (the "RSA"). The Principal Parties shall consist of the Juniper Parties, the Bain Parties, JPM, and the

Company. The RSA shall provide, among other things, that the Principal Parties shall support the DIP Facility, the Plan and confirmation of the Plan, and shall timely vote to accept the Plan (to the extent that they hold claims or interests entitled to vote with respect to the Plan) provided that the material terms of the Plan are consistent with this Letter, and shall contain conditions, among other things, with respect to the agreements and undertakings referred to in Section II of this Letter. The RSA shall provide that in no event shall the Juniper Parties or the Bain Parties, or any affiliates thereof, file or seek allowance in the Chapter 11 Case of any claims or interests other than those referenced in this Letter, subject only to (a) the confirmation of the Plan on terms and conditions materially consistent with this Letter and the RSA, and (b) the occurrence of the Effective Date.

G.  Payment of Dividends on Series B-1 Cumulative Convertible Preferred Stock Interests (the "Series B-1 Preferred Stock")

1.  The Company shall pay to the holders of the Series B-1 Preferred Stock all dividends thereon (with interest, if any) that have accrued and remain unpaid as of the commencement of the Chapter 11 Case on the Petition Date (the "Series B-1 Preferred Stock Prepetition Payments").

2.  The holders of the Series B-1 Preferred Stock shall waive all dividends thereon that would have accrued after the commencement of the Chapter 11 Case on the Petition Date, such waiver conditioned upon (a) the confirmation of the Plan on terms and conditions materially consistent with this Letter and the RSA, and (b) the occurrence of the Effective Date not later than 120 days after the Petition Date.

**III.   TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN**

The Plan shall provide that on its Effective Date:

A.  All administrative expenses of the Chapter 11 Case allowed under Section 503(b) of the Code ("Administrative Expenses") shall be paid in full in cash or appropriately reserved for, except to the extent that any holder agrees to a less favorable treatment, in full and final satisfaction, settlement, release, and discharge of, and in exchange for, such Administrative Expenses.

B.  All priority claims allowed under Section 507(a) of the Code other than Administrative Expenses ("Priority Claims") shall be paid in full in cash or appropriately reserved for, except to the extent that any holder agrees to a less favorable treatment, in full and final satisfaction, settlement, release, and discharge of, and in exchange for, such Priority Claims, except that Priority Claims allowed under Section 507(a)(8) of the Code ("Priority Tax Claims") shall, at the option of the Company with JPM's consent, receive the treatment set forth in Section 1129(a)(9)(C) of the Code, except to the extent that any holder agrees to a less favorable treatment, in full and final satisfaction, settlement, release, and discharge of, and in exchange for, such Priority Tax Claims.

C.  The holders of all allowed general unsecured claims ("General Unsecured Claims") shall, at the option of the Company with JPM's consent, receive either: (1) reinstatement of such claims pursuant to Section 1124 of the Code; (2) payment in full in cash on the later of (A) the Effective Date, or (B) the date such payment is due in the ordinary course of business in

accordance with the terms and conditions of the particular transaction giving rise to such claims; or (3) such other treatment rendering such claim unimpaired under the Code, in full and final satisfaction, settlement, release, and discharge of, and in exchange for, such allowed claims.

D. The holders of Series B-1 Preferred Stock Interests other than JPM shall receive the sum of $9,025,164 in cash less the aggregate amount of the Series B-1 Preferred Stock Prepetition Payments received by such holders other than JPM, representing the redemption thereof at par, in full and final satisfaction, settlement, release, and discharge of, and in exchange for, such interests and all related claims or other rights, including (x) any dividends accruing after the commencement of the Chapter 11 Case on the Petition Date (provided that the conditions to the waiver of such dividends set forth in Section II.G.2. of this Letter have been satisfied, failing which the distribution to such holders shall be increased by the amount of such accrued dividends), (y) the "consent payment" due on July 25, 2020, and (z) any claim that is determined to be subordinated to the status of an equity security, whether under general principles of equitable subordination, Section 510(b) of the Code, or otherwise, and all such interests and related claims and rights shall be cancelled on the Effective Date.

E. JPM shall receive 100% of the new common stock of the Company, as reorganized debtor, in full and final satisfaction of all Preferred Stock Interests held by JPM, with aggregate redemption value of $71,300,347, in full and final satisfaction, settlement, release, and discharge of, and in exchange for, such interests and all related claims or other rights, including (x) any dividends accruing after the commencement of the Chapter 11 Case on the Petition Date, (y) the "consent payment" with respect to Series B-1 and Series B-2 due on July 1, 2020, and the liquidation preference with respect to Series B-3 and Series B-4 due on July 1, 2020, and (z) any claim that is determined to be subordinated to the status of an equity security, whether under general principles of equitable subordination, Section 510(b) of the Code, or otherwise, and all such interests and related claims and rights shall be cancelled on the Effective Date.

F. In the event that the class of interests under the Plan comprising all common stock of the Company (the "Common Equity Class") votes to accept the Plan under Section 1126(d) of the Code, the holders of such common stock shall receive an aggregate cash payment of $7,518,694 (the "Equity Distribution") on the Effective Date, subject to reduction as follows:

(1) to the extent that the aggregate of all Effective Date cash payments or reserves on account of Administrative Expenses, Priority Claims, and General Unsecured Claims (excluding only (a) any Administrative Expenses or super-priority claims of JPM for payment or reimbursement of its reasonable fees and expenses with respect to the Chapter 11 Case, including without limitation the fees and expense of primary and local bankruptcy counsel and any other professionals retained by JPM with respect thereto (collectively, the "JPM Expenses"), and (b) operating expenses of the Company incurred after the 90th day after the Petition Date) (such aggregate, the "Claims Distribution" which for the avoidance of doubt is comprised of the line items set forth in the Budget attached to this Letter as Schedule 2 (the "Budget") for Administrative Expenses, Chapter 11 Employee Costs, Chapter 11 Hotel Operations (Per Court Order), General Unsecured Claims, Rejected Contract Claims, and Priority Tax Claims) exceeds $6,892,912 but is not more than $7,728,322 (such excess, the "First Claims Overage"), then the Equity Distribution shall be reduced on a dollar-for-dollar

-5-

basis;

(2) to the extent that the Claims Distribution exceeds $7,728,322 but is not more than $9,228,322 (such excess, the "Second Claims Overage"), then (a) the Equity Distribution shall be reduced additionally by one-third of the Second Claims Overage, such additional reduction not to exceed $500,000, (b) the Exit Facility shall be increased by one-third of the Second Claims Overage, such increase not to exceed $500,000, and (c) the upfront management fee otherwise payable to JIA on the Effective Date pursuant to the ARAA shall be reduced by one-third of the Second Claims Overage, such reduction not to exceed $500,000; and

(3) to the extent that the Claims Distribution exceeds $9,228,322 (such excess, the "Third Claims Overage"), then the Equity Distribution shall be reduced additionally on a dollar-for-dollar basis, provided that in no event shall the Equity Distribution on the Effective Date be reduced below $5,012,462 (the "Minimum Equity Distribution") taking into account distributions made available by JPM in accordance with the above.

All cash payments received by the Common Equity Class shall be in full and final satisfaction, settlement, release, and discharge of, and in exchange for, such interests and all related claims or other rights, including any claims that are determined to be subordinated to the status of an equity security, whether under general principles of equitable subordination, Section 510(b) of the Code, or otherwise, and all such interests and related claims and rights shall be cancelled on the Effective Date. Notwithstanding the foregoing, in the event that the Common Equity Class votes to reject the Plan under Section 1126(d) of the Code, then the holders of such common stock shall receive no distribution under the Plan on account of such interests, including any claims that are determined to be subordinated to the status of an equity security, whether under general principles of equitable subordination, Section 510(b) of the Code, or otherwise, and all such interests and related claims and rights shall be cancelled on the Effective Date.

G. In the event that the class of interests under the Plan comprising all warrants of the Company (the "Warrants Class") votes to accept the Plan under Section 1126(d) of the Code, the holders of such warrants shall receive an aggregate cash payment of $52,000 (the ("Warrants Distribution") on the Effective Date. All cash payments received by the Warrants Class shall be in full and final satisfaction, settlement, release, and discharge of, and in exchange for, such interests and all related claims or other rights, including any claims that are determined to be subordinated to the status of an equity security, whether under general principles of equitable subordination, Section 510(b) of the Code, or otherwise, and all such interests and related claims and rights shall be cancelled on the Effective Date. Notwithstanding the foregoing, in the event that the Warrants Class votes to reject the Plan under Section 1126(d) of the Code, then the holders of such warrants shall receive no distribution under the Plan on account of such interests, including any claims that are determined to be subordinated to the status of an equity security, whether under general principles of equitable subordination, Section 510(b) of the Code, or otherwise, and all such interests and related claims and rights shall be cancelled on the Effective Date.

H. It shall be conditions precedent to the occurrence of the Effective Date, waivable solely by JPM in its sole discretion, that (a) the Effective Date occur within 120 days after the Petition Date, (b)

Administrative Expenses (excluding the JPM Expenses, employee bonuses, payroll and other operating costs and expenses of the Company incurred in the ordinary course of business, and the operating costs of the Hotel incurred after the Petition Date) and Priority Claims not exceed $3,400,000 in the aggregate, and (c) General Unsecured Claims not exceed $2,100,000. The Company shall, during the Chapter 11 Case, provide JPM with weekly (x) good-faith estimates of its aggregate General Unsecured Claims and Priority Claims, (y) reports of its cumulative Administrative Expenses incurred through the end of the prior week, and (z) good-faith estimates of its aggregate Administrative Expenses from the end of the prior week through and until the Effective Date as such date is then reasonably expected to occur.

## IV.   TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The Plan shall provide that the Company shall accept the contracts set forth on Schedule 3.A., and shall reject with the intent to renegotiate the contracts set forth on Schedule 3.B. As more specifically set forth on the foregoing schedules, the Company shall:

A.  Assume: (i) that certain Executive Employment Agreement dated as of August 30, 2019, by and between the Company, IMH Management Services LLC, and Chadwick Parson, as amended; (ii) that certain Executive Employment Agreement dated as of January 21, 2015, by and between the Company and Jonathan Brohard, as amended; and (iii) that certain Executive Employment Agreement dated as of April 11, 2017, by and between the Company and Samuel Montes, as amended;

B.  Unless the monthly rental payment thereunder can be re-negotiated to $15,000 per month or less or as otherwise decided by the Company, reject that certain Scottsdale Seville Lease Agreement (Office) dated as of March 13, 2012, by and between the Company and SPI AZ, LLC, as amended; and

C.  Assume that certain Consulting Agreement dated as of July 25, 2019, by and between the Company and ITH Partners, LLC, and that certain Termination of Employment Agreement, Release and Additional Compensation Agreement dated as of April 9, 2019, by and between the Company and Lawrence D. Bain.

## V.   FUNDING OF COMPANY DURING PENDENCY OF CHAPTER 11 CASE; FUNDING OF PLAN OBLIGATIONS

A.  Based upon the attached Budget, the Company anticipates it will need a senior secured debtor-in-possession financing facility (the "DIP Facility") in the approximate amount of $7,000,000. Assuming all underwriting criteria are to the satisfaction of JPM and the obtaining of all necessary internal approvals by JPM, JPM will provide the DIP Facility to the Company in accordance with the Budget pursuant to such legal documentation as is acceptable to JPM in its sole discretion, provided that (a) the Budget in its final form as of the Petition Date is acceptable to JPM in its sole discretion, (b) the Court enters interim and final orders authorizing the DIP Facility, in form and substance acceptable to JPM in its sole discretion, and (c) all other conditions precedent set forth in such legal documentation have been satisfied or waived as determined by JPM in its sole discretion. Notwithstanding anything to the contrary set forth in this Letter, all JPM Expenses paid by the Company shall increase the DIP Facility on a dollar-

-7-

for-dollar basis.

B.  In addition, the Company has requested that JPM enter into a senior secured exit facility (the "Exit Facility") in the approximate amount of $49,900,000, to fund the Company's obligations under the Plan, to refinance the DIP Facility, and to fund the Company's ongoing obligations and working capital requirements after the Effective Date. Assuming all underwriting criteria are to the satisfaction of JPM and the obtaining of all necessary internal approvals by JPM, JPM will provide an Exit Facility to the Company (as reorganized debtor) pursuant to such legal documentation and on such terms and conditions as are acceptable to JPM in its sole discretion, provided that (a) the Court enters the Confirmation Order with respect to a Plan that, as so confirmed, is consistent with the RSA and is otherwise in form and substance acceptable to JPM in its sole discretion, confirming the Plan, and (b) all other conditions precedent set forth in such legal documentation have been satisfied or waived as determined by JPM in its sole discretion.

## VI.    ADDITIONAL MATTERS

A.  McArthur Place Hotel & Spa, located in Sonoma, California (the "Hotel") is owned by L'Auberge de Sonoma, LLC, a Delaware limited liability company ("Hotel Owner"). Hotel Owner is owned by L'Auberge de Sonoma Resort Fund, LLC (the "Fund"). Hotel Owner is the obligor on a loan in the amount of $37,000,000 (the "Hotel Loan") from MidFirst Bank, a federally chartered savings association ("Lender"). The Company indirectly owns a membership interest in the Fund. The Hotel Loan is secured by a first priority lien on the Hotel, and as additional security for the Hotel Loan, the Company has entered into that certain Amended and Restated Completion Guaranty dated as of March 13, 2019, and that certain Amended and Restated Continuing Guaranty dated as of March 13, 2019, each in favor of Lender (together, the "Hotel Loan Guarantees"). The Hotel Loan Guarantees require that the Company maintain minimum liquidity of $5,000,000. The Company also has guaranteed a 7% preferred return to the holders of preferred interests in the Fund (the "Fund Investors"). The Company does not currently contemplate filing an additional petition for relief under Chapter 11 of the Code in connection with Hotel Owner, the Fund or the Hotel. The Company anticipates seeking Court authorization to use proceeds obtained under the DIP Facility to support certain contingent liabilities of the Hotel during the Chapter 11 Case.

B.  Various limited liability companies which are wholly owned by the Company are obligors (the "SW Obligors") on a loan in the original principal amount of $5,939,935 (the "SW Loan") from Southwest Lending, L.L.C., a New Mexico limited liability company ("SWL"). The Company does not currently contemplate filing additional petitions for relief under Chapter 11 of the Code in connection with the SW Obligors. The SW Loan is not a direct obligation of the Company, but rather, is only an obligation of the SW Obligors. The Company represents and warrants to JPM that the commencement of the Chapter 11 Case shall not be an event of default under the SW Loan.

C.  The Company, through its payroll subsidiary, and Hotel Owner recently each obtained loans (each, a "PPP Loan") pursuant to the Paycheck Protection Program provisions of the recently enacted CARES Act. The Company's payroll subsidiary PPP Loan has an original principal balance of $444,000, and the Hotel Owner PPP Loan has an original principal balance of

-8-

$1,359,000. The Company represents and warrants to JPM that the Company and Hotel Owner have utilized and will continue to utilize the proceeds of the PPP Loans with the objective of obtaining forgiveness under applicable rules and regulations.

D.  The Company, the Juniper Parties, and the Bain Parties shall each be solely responsible for their own legal, expert and other administrative or related costs and expenses in connection with the Chapter 11 Case or any of the other matters described in this Letter.

E.  The Company shall be responsible for, and hereby agrees to pay or reimburse in full, timely upon presentation of invoices therefor, JPM's reasonable fees and expenses with respect to this Letter and the transactions and matters contemplated by this Letter, including without limitation the Restructuring, the RSA, the Plan, the DIP Facility, the Exit Facility, and the Chapter 11 Case, including without limitation the fees and expenses of primary and local bankruptcy counsel and any other professionals retained by JPM with respect thereto.

F.  As used in this Letter, the term "Effective Date" means the date that is the first business day after the date of entry of a Court order confirming the Plan, which order shall be in form and substance acceptable to JPM (the "Confirmation Order"), on which all conditions precedent to the occurrence of such Effective Date set forth in the Plan have been satisfied or waived in accordance with the Plan; provided that in no event shall such date be later than thirty days after such date of entry, unless extended with the consent of JPM.

G.  To the fullest extent permitted by law, this Letter is not binding and is subject in all respects to the final approval and directive of the Special Committee of the Company's Board of Directors, except that Section VI.E. of this Letter shall be binding upon the Company upon its execution of this Letter. This Letter is intended to be merely indicative of the transactions described herein, but all matters described herein are subject to final definitive documentation, which may include, without limitation, final orders of the Court approving the Plan and other ancillary or related documents or agreements.

Sincerely,

Chadwick S. Parson
Chief Executive Officer


Lori Wittman, Chairperson
Special Committee of the
Board of Directors

-9-

SCHEDULE 1[1]

Claims

---

[1] This information is to the best of the Company's knowledge, and is subject to revision.  Further, the Company
is continuing to work on the Schedules, and they are subject to change.

# Schedule 1

## Summary of Claims

| Payee Name | Description | Claim Amounts |
|---|---|---|
| Administrative Claims | | |
| BDO USA LLP | Restructuring related services | $ 50,000 |
| Squar Milner LLP | NOL 382 Work | 75,000 |
| Miller Buckfire & Co LLC | Advisor to Special Committee | 597,044 |
| Holland & Knight | Legal - Restructuring | 142,153 |
| Snell & Wilmer | Legal - Restructuring | 525,588 |
| Ashby Geddes | Legal - Restructuring | 177,884 |
| ValueScope | Legal - Restructuring | 69,160 |
| Shareholder Solicitation Costs | Legal - Restructuring | 196,000 |
| Subtotal Administrative Claims | | $ 1,832,829 |
| | | |
| Tax Claims | | |
| Delaware Secretary of State | 2020 Corporate Taxes | 40,000 |
| Subtotal Tax Claims | | $ 40,000 |
| | | |
| Employee Claims | | |
| Retention Bonuses | Payroll - Contractual Obligation | $ 612,500 |
| Deferred Comp Plan | Payroll - Deferred Comp | 100,000 |
| CEO Severance - CEO | Payroll - Final Severance Payment | 250,000 |
| Payroll | Payroll - Normal recurring payroll | 900,000 |
| Subtotal Employee Claims | | $ 1,862,500 |
| | | |
| Rejected Contract Claims | | |
| Juniper Investment Advisors LLC | Monthly Base Advisory Fees | $ - |
| SPI AZ, LLC | Monthly Office Rent | 45,000 |
| Subtotal Rejected Contract Claims | | $ 45,000 |
| | | |
| Hotel Fund Contingent Liabilities | | |
| MidFirst Bank | Mortgage Interest | $ 442,519 |
| MidFirst Bank | Property Tax/Insurance Reserve | 277,638 |
| Lob.com | Print and Mail Hotel Fund Investor Checks | 35 |
| L'Auberge de Sonoma Resort Fund, LLC | July Preferred Member Distribution | 145,833 |
| MacArthur Hotel and Spa | Operating Deficit Funding | 747,942 |
| Subtotal Hotel Fund Contingent Liabilities | | $ 1,613,967 |
| | | |
| General Unsecured Claims | | |
| BDO USA LLP | Progress Billing Audit & Quarterly Review | $ 60,000 |
| ComputerShare | Monthly Transfer Agent Services | 8,011 |
| M3 Enterprising Hospitality | M3 Fees Sedona | 53 |
| M3 Enterprising Hospitality | M3 Fees Collection | 53 |
| Squar Milner LLP | 2019 Tax Prep Fees | 10,000 |
| Yardi Systems Inc | A/P Monthly Transactions | 174 |
| Lee Fuererstein | Board Fees/Special Committee Fees | 35,250 |
| Lori B Wittman | Board Fees/Special Committee Fees | 66,625 |
| Michael Racy | Board Fees/Special Committee Fees | 30,750 |
| Andrew Fishleder | Board Fees | 20,375 |
| Chad Parson | Relocation cost | 120,000 |
| Aetna | Monthly Insurance | 2,094 |
| AFCO | D&O Ins Policy | 741,338 |
| AFCO | E & O Ins Policy | 17,856 |
| AFCO | D&O Receiver Policy | 7,653 |
| AFCO | E & O Ins Policy | 12,408 |

| Payee Name | Description | Claim Amounts |
|---|---|---|
| AFCO | Commerical/Umbrella/Cyber/WC Policy | 33,000 |
| Blue-Cross/Blue Shield | Health Insurance | 49,561 |
| Berkshire Life Insurance Co | Life Insurance | 3,034 |
| Colonial Life | Supplemental Life Insurance | 3,779 |
| Delta Dental of Arizona | Dental Insurance | 3,126 |
| Guardian | Monthly Insurance | 1,889 |
| Harford, The | IMH Holdings LLC Policy | 2,250 |
| Penn Mutual | IMH Def Comp - C Parson | 20,454 |
| Northwest Mutual Life Insurance Co | Key Person Policy | 11,541 |
| Vision Service Plan | Vision Insurance | 668 |
| First Century Bank | Corporate Visa Payment | 43,236 |
| Canon Financial Services Inc | Copier Contract | 1,245 |
| Century Link | Internet service | 4,596 |
| Century Link | Long Distance service | 458 |
| Cimplx | Monthly ADA Compliance | 1,499 |
| Cisco | Credit Checks - Monthy Minimum | 75 |
| Iron Mountain | IMH Storage & Service | 2,885 |
| Neopost USA Inc | Postage | 450 |
| Neustar | Website Domains Usage | 405 |
| O.P.A.C.S. Inc | Office Supplies | 600 |
| PhoenixNAP | IMH Backup Server | 1,410 |
| ProCopy Office Solutions Inc | Base Copy Fees | 1,820 |
| Southwest System Monitoring Inc | Eagle Eye Cloud Subscription | 60 |
| Southwest System Monitoring Inc | PAYscan Transactions | 195 |
| Staples Contract & Commercial | Office Supplies | 750 |
| Verizon | Cell Phone | 3,990 |
| ITH Partners LLC | NM Monthly Consulting Fee | 15,000 |
| Snell & Wilmer | Legal - Enforcement and General | 60,000 |
| Squire Patton Boggs | General Legal | 43,000 |
| Seward & Kissel | Legal Trans | 25,000 |
| Various | Travel and Other | 30,000 |
| Subtotal General Unsecured Claims | | $ 1,498,615 |
| Total Claim Amounts | | $ 6,892,912 |

SCHEDULE 2[2]

Budget

---

[2] This information is to the best of the Company's knowledge, and is subject to revision.  Further, the Company is continuing to work on the Schedules, and they are subject to change.

**IMH Financial Corporation Illustrative Analysis** | **$**
--- | ---
Net Asset Value | $92,796,985
Common Shareholder Premium | $5,892,131
**Deemed NAV of IMH plus additional Shareholder Premium** | **$98,689,117**
Administrative Expenses | -$1,832,829
Chapter 11 Employee Costs | -$1,862,500
Chapter 11 Hotel Operations (Per Court Order) | -$1,613,967
General Unsecured Claims | -$1,498,615
Rejected Contract Claims | -$45,000
Priority Tax Claims | -$40,000
**Total Claims** | **-$6,892,912**
**Remaining Value** | **$91,796,205**
 | 
**JPM Preferred** | 
JPM - B1 preferred claim | -$4,214,617
JPM - B2 preferred claim | -$27,000,226
JPM - B3 preferred claim | -$9,721,138
JPM - B4 preferred claim | -$6,413,793
JPM - A preferred claim | -$22,000,000
JPM - dividends | $0
JPM - consent payment - B1 | -$263,366
JPM - consent payment - B2 | -$1,687,208
**JPM Preferred Claim Amount** | **-$71,300,347**
**Remaining value** | **$20,495,858**
 | 
**Juniper Preferred** | 
Juniper NVM - B1 preferred redemption | -$6,255,741
JCP Realty  - B1 preferred redemption | -$2,099,746
Juniper NVM - B1 dividend 7/1 | -$84,337
Juniper NVM - consent payment | -$417,049
JCP Realty  - B1 dividend 7/1 | -$28,308
JCP Realty  - consent payment | -$139,983
**Juniper Redemption Amount** | **-$9,025,164**
Juniper Upfront Asset Management Fee | -$3,500,000
Juniper Plan Support Payment | -$400,000
Warrant Holder Redemption (2 cents per share) | -$52,000
**Remaining Available to Common** | **$7,518,694**
*Common Stock Outstanding* | *16,708,208*
**Implied Available/Share (subject to no additional expenses)** | **$0.45**

**Sources and Uses**

**Sources** | 
--- | ---
Projected cash balance at 7/1/2020 | $5,570,839
Add: DIP/Exit Financing | $49,888,769
Add: Other Expected Cash | $95,000
**Total Cash Sources** | **$55,554,608**
 | 
**Uses** | **$**
Administrative Expenses | -$1,832,829
Chapter 11 Employee Costs | -$1,862,500
Chapter 11 Hotel Operations (Per Court Order) | -$1,613,967
General Unsecured Claims | -$1,498,615
Rejected Contract Claims | -$45,000
Priority Tax Claims | -$40,000
Hotel Fund Preferred Redemption | -$22,500,000
Juniper Redemption Amount | -$9,025,164
Juniper Upfront Asset Management Fee | -$3,500,000
Juniper Plan Support Payments | -$400,000
Common Shareholder Redemption | -$7,518,694
Warrant Holder Redemption (2 cents per share) | -$52,000
**Total Cash Uses** | **-$49,888,769**
**Remaining Cash** | **$5,665,839**

*(1) Does not include all employee restructuring bonus due post BK emergence.*

*(2) NAV includes $5.6mm of liabilities which are subject to verification.*

*(3) NAV assumes a successful reorganization.*

SCHEDULE 3.A.[3]

Contracts to be Accepted and Assumed[4]

March 12, 2012 Scottsdale Seville Lease Agreement between Company and SPI AZ, LLC, as amended;

January 21, 2015 Executive Employment Agreement between Company and Jonathan Brohard, as amended;

April 11, 2017 Executive Employment Agreement between Company and Samuel Montes, as amended;

April 9, 2019 Termination of Employment Agreement, Release and Additional Compensation Agreement between IMH and Lawrence D. Bain;

July 25, 2019 Consulting Agreement between Company and ITH Partners LLC;    and

August 30, 2019 Executive Employment Agreement between IMH Management Services LLC

---

[3] This information is to the best of the Company's knowledge, and is subject to revision. Further, the Company is continuing to work on the Schedules, and they are subject to change.

[4] The contracts listed on this Schedule 3.A. shall be accepted and assumed by the Company, as Reorganized Debtor, on the Effective Date, as amended in accordance with the terms and conditions of the Letter to which this Schedule 3.A. is attached, as applicable.

SCHEDULE 3.B.[5]

<u>Contracts to be Rejected</u>

None.

---

[5] This information is to the best of the Company's knowledge, and is subject to revision.  Further, the Company is continuing to work on the Schedules, and they are subject to change.

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ 000-52611.

2. The following financial data is the latest available information and refers to the debtor's condition through _____ March 31, 2020 .

    a. Total assets            $ 121,983,000 _____

    b. Total debts (including debts listed in 2.c., below)[1]      $ 128,721,000 _____

    c. Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | N/A |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | N/A |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | N/A |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | N/A |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | N/A |

    d. Number of shares of preferred stock      12,449,941
    e. Number of shares common stock      16,612,294

    Comments, if any: _____

_____
_____

3. Brief description of debtor's business: The Debtor is a real estate and finance company based in the southwestern United States engaged in various and diverse facets of the real estate lending and investment process.

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

JPM Chase Funding, Inc.; Jay Wolf, owner of JCP Realty Partners, LLC and Juniper Capital Partners, LLC

_____
_____

    1.      The total debts differs from the amount listed in the March 31, 2020 10-Q. The total debt amount, as listed above, includes Preferred Equity debt.

1CB VISA
500 FEDERAL ST
BLUEFIELD WV 24701

1CB VISA
CREDIT CARD SVC
PO BOX 6818
CAROL STREAM IL 60197-6818

1ST CENTURY BANK
GEORGE SACCO
1875 CENTURY PARK EAST
LOS ANGELES CA 90067

ABOOD, JAMES C
2501 E MARSHALL AVE
PHOENIX AZ 85016

ACA COMPLIANCE SVC INC
CIMPLX
PO BOX 573
ROCK HILL SC 29731

ACE BUILDING MAINTENANCE
7020 N 55TH AVE
GLENDALE AZ 85301

ACE EXPRESS INC
PO BOX 10415
GLENDALE AZ 85318

ADG COMMUNICATIONS
9950 W VAN BUREN AVE
STE 134
AVONDALE AZ 85323

ADOBE ASSOCIATES INC
1220 N DUTTON AVE
SANTA ROSA CA 95401

ADP RETIREMENT SYSTEMS
111 W RIO SALADO PKWY
TEMPE AZ 85281

ADVANCE ONSITE PROTECTION SECURITY LLC
PO BOX 67500
ALBUQUERQUE NM 87193

AETNA
PO BOX 310011408
PASADENA CA 91110-1408

AFCO
DEPT LA 21315
PASADENA CA 91185-1315

ALLIANT INSURANCE SVC INC  8377
PO BOX 8377
PASADENA CA 91109-8377

ALPHA SOUTHWEST INC
PO BOX 9263
ALBUQUERQUE NM 87119

AMERICAN AIRLINES
4255 AMON CARTER BLVD
MD 4106
FORT WORTH TX 76155

AMP CONSULTANTS INC
PO BOX 3753
ALBUQUERQUE NM 87190

AMTRUST NORTH AMERICA
800 SUPERIOR AVE E
CLEVELAND OH 44114

AON RISK INSURANCE SVC WEST INC
2555 E CAMELBACK RD
STE 700
PHOENIX AZ 85016

ARIZONA CORP COMMISSION
CORPORATIONS DIVISION
MATTHEW J NEUBERT  DIRECTOR
1300 WEST WASHINGTON ST
THIRD FL
PHOENIX AZ 85007

ARIZONA CORP COMMISSION
CORP COMMISSION
ANDY TOBIN - COMMISSIONER
1200 WEST WASHINGTON ST
PHOENIX AZ 85007

ARIZONA INDUSTRIAL COMMISSION - PHOENIX
CHAIRMAN
800 WEST WASHINGTON ST
PHOENIX AZ 85007

ARIZONA PUBLIC SVCS
PO BOX 60015
PRESCOTT AZ 86304-6015

ARIZONA PUBLIC SVCS
400 NORTH 5TH STREET
PHOENIX AZ 85004

AVIDXCHANGE
75 REMITTANCE DR
#6666
CHICAGO IL 60675

AVIDXCHANGE INC
75 REMITTANCE DR STE 6057
CHICAGO IL 60675-6057

AXIS INSURANCE CO
11680 GREAT OAKS WAY
STE 500
ALPHARETTA GA 30022

AZ DIAMONDROCK TENANT LA LLC
301 L'AUBERGE LN
SEDONA AZ 86336

B7 CONSTRUCTION INC
29049 OVERLAND DR STE A
TEMECULA CA 92591

BAIN FAMILY TRUST
7117 N 68TH PL
PARADISE VALLEY AZ 85253

BAIN, LAWRENCE D
7117 N 68TH PL
PARADISE VALLEY AZ 85253

BANNER HEALTH AND AETNA HEALTH PLAN INC
PO BOX 804735
CHICAGO IL 60680-4108

BASIC PAYROLL LLC
PO BOX 527
PORTAGE MI 49081

BASIC-GATEKEEPER
PO BOX 775339
CHICAGO IL 60677-5339

BEAZLEY LLOYDS SYNDICATE
30 BATTERSON PK RD
FARMINGTON CT 06032

BERKLEY INSURANCE CO
757 THIRD AVE
10TH FLOOR
NEW YORK NY 10017

BERKSHIRE LIFE INSURANCE CO OF AMERICA
MULTI-LIFE
PO BOX 644786
PITTSBURGH PA 15264-4786

BERNALILLO COUNTY TREASURER
PO BOX 627
ALBUQUERQUE NM 87103-0627

BHESANIA, BRETT
2311 W NIGHT OWL LN
PHOENIX AZ 85085

BLAKE  DECEASED, MELODIE E
3007 E GROVERS AVE
PHOENIX AZ 85032

BLUE CROSS BLUE SHIELD OF AZ
2444 W LAS PALMARITAS DR
PHOENIX AZ 85021

BOK FINANCIAL
ONE WILLIAMS CENTER
TULSA OK 74102

BOKF NA
SCOTT A SAS
16767 N PERIMETER DR
STE 200
SCOTTSDALE AZ 85260

BOOTZ AND DUKE SIGNS
4028 W WHITTON AVE
PHOENIX AZ 85019

BOUTWELL, JESSICA R
8352 E GRANADA RD
SCOTTSDALE AZ 85257

BRADY, MATTHEW
10470 E PARADISE DR
SCOTTSDALE AZ 85259

BRAZORIA COUNTY CLERK
111 E LOCUST
ANGLETON TX 77515

BROHARD, JONATHAN T
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

BULLETPROOF SECURITIES INC
2950 E MOHAWK LN STE 130
PHOENIX AZ 85050

CA DEPT OF ABC
3927 LENNANE DR
STE 100
SACRAMENTO CA 95834

CANON FINANCIAL SVC INC
158 GAITHER DR
MT LAUREL TOWNSHIP NJ 08054

CANON FINANCIAL SVC INC
14904 COLLECTIONS CTR DR
CHICAGO IL 60693-0149

CAPITOL SVC
PO BOX 1831
AUSTIN TX 78767

CASH CONTROL
PO BOX 52719
PHOENIX AZ 85072-2719

CASSON COMMUNICATIONS
13332 BUGATTI DR
FRISCO TX 75033

CAVAN COMPANIES
15300 N 90TH ST
SCOTTSDALE AZ 85260

CBRE INC
BANK OF AMERICA LOCKBOX
PO BOX 281620
ATLANTA GA 30384-1620

CCH
PO BOX 4307
CAROL STEAM IL 60197-4307

CENTURY LINK
100 CENTURY LINK DR
MONROE LA 71203

CENTURY LINK
PO BOX 91155
SEATTLE WA 98111

CENTURY LINK
665 Lexington Avenue
MANSFIELD OH 44907

CENTURYLINK INTERNET
BUSINESS SVC
PO BOX 52187
PHOENIX AZ 85072-2187

CENTURYLINK LONG DISTANCE
BUSINESS SVC
PO BOX 52187
PHOENIX AZ 85072-2187

CENTURYLINK OFFICE PHONE
BUSINESS SVC
PO BOX 91155
SEATTLE WA 98111-9255

CERTENT INC
PO BOX 398688
SAN FRANCISCO CA 94139-8688

CHAPMAN FARMING AND DISCING
25325 AVENUE 92
TERRA BELLA CA 93270

CHASE BANK
RICHARD LATSKO
4031 N SCOTTSDAL RD
2ND FLOOR
SCOTTSDALE AZ 85251

CHICAGO TITLE INSURANCE CO NY
711 THIRD AVE
5TH FLOOR
NEW YORK NY 10017

CHUBB FEDERAL INSURANCE CO
202B HALLS MILL RD
WHITEHOUSE STATION NJ 08889

CHUBB GREAT NORTHERN INSURANCE CO
202B HALLS MILL RD
WHITEHOUSE STATION NJ 08889

CIMPLX
PO BOX 573
ROCK HILL SC 29731

CISCO
2815 S ALMA SCHOOL RD
#109
MESA AZ 85210

CITY OF SCOTTSDALE
TAX AND LICENSE
PO BOX 52799
PHOENIX AZ 85072-2799

CITY OF SCOTTSDALE
3939 N BRINKWATER BLVD
SCOTTSDALE AZ 85251

CITY OF SONOMA
NO 1 THE PLAZA
SONOMA CA 95476

CLARK HILL PLC
PO BOX 3760
PITTSBURGH PA 15230

CLIFTONLARSONALLEN LLP
20 E THOMAS RD STE 2300
PHOENIX AZ 85012-3111

COLLIERS INTERNATIONAL VALUATION
26791 NETWORK PL
CHICAGO IL 60673-1267

COLLINS BROTHERS MOVING CORP
620 FIFTH AVE
LARCHMONT NY 10538

COLONIAL LIFE
PROCESSING CENTER
PO BOX 1365
COLUMBIA SC 29202-1365

COMMISSIONER OF TAXATION AND FINANCE
PO BOX 4127
BINGHAMTON NY 13902-4127

COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN TX 78714-9348

COMPUNET
505 S FLORENCE ST
GRANGEVILLE ID 83530

COMPUTERSHARE
DEPT CH 19228
PALATINE IL 60055

COMPUTERSHARE
DEPT CH 16934
PALATINE IL 60055-6934

COMPUTERSHARE INC
CONSTANCE ADAMS
480 WASHINGTON BLVD
26TH FLOOR
JERSEY CITY NJ 07310

CONCEPT SOFTWARE SYSTEMS
AVENIDA ENG DUARTE PACHECO
147 ALMANCIL
ALMANCIL  8135-104
PORTUGAL

COPPERSMITH SCHERMER AND BROCKELMAN PLC
2800 N CENTRAL AVE
STE 1900
PHOENIX AZ 85004

COSTAR
ACCT DEPT CONTRACTS
1331 L ST NW
WASHINGTON DC 20005

CRAFT, MAGGIE
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

CRAFT, MARGARET J
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

CREST INSURANCE GROUP
7272 E INDIAN SCHOOL
STE 375
SCOTTSDALE AZ 85251

CSC
PO BOX 13397
PHILADELPHIA PA 19101-3397

CT CORP
PO BOX 4349
CAROL STREAM IL 60197-4349

CUSHMAN AND WAKEFIELD INC
1290 AVENUE OF THE AMERICAS
STE 900
NEW YORK NY 10104

DAKOTA COUNTY PT AND R
1590 HWY 55
HASTINGS MN 55033-2392

DAN KRAMER LAW GROUP
633 BATTERY ST
STE 110
SAN FRANCISCO CA 94111

DARAK DECEASED, STEVE
1224 E HAYWARD AVE
PHOENIX AZ 85020

DEERFIELD MANAGEMENT CO LP
780 THIRD AVE
37TH FLOOR
NEW YORK NY 10017

DEHERRERA, CHRISTOPHER
978 N 85TH PL
SCOTTSDALE AZ 85257

DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903

DELTA DENTAL
5656 W TALAVI BLVD
GLENDALE AZ 85306

DELTA DENTAL OF ARIZONA
PO BOX 80020
CITY OF INDUSTRY CA 91716-8020

DENTONS US LLP
DEPT 894579
LOS ANGELES CA 90789-4579

DF KING AND CO INC
PO BOX 1701
NEW YORK NY 10268-1701

DORMAKABA USA INC
31750 SHERMAN AVE
MADISON HEIGHTS MI 48071

EBI CONSULTING
21 B ST
BURLINGTON MA 01803

EDILIA PROPERTIES LLLP
CAPITAL CORPORATE SVC
8825 N 23RD AVE
STE 100
PHOENIX AZ 85021

EEOC-PHOENIX DISTRICT OFFICE
ELIZABETH CADLE DIRECTOR
3300 NORTH CENTRAL AVE
STE 690
PHOENIX AZ 85012-2504

EMERSON EQUITY LLC
(COMMISSIONS)
155 BOVET RD STE 75
SAN MATEO CA 94402

ENDURANCE AMERICAN INSURANCE CO
1221 AVE OF THE AMERICAS
NEW YORK NY 10020

ENERGY MAKERS ADVISORY GROUP LLC
106 LAKESIDE OAKS DR
HOUSTON TX 77042

ERECORDING PARTNERS NETWORK LLC
400 SECOUND AVE SOUTH
MINNEAPOLIS MN 55401-2499

ERNST AND YOUNG LLP
3712 SOLUTIONS CTR
CHICAGO IL 60677-3007

EVANS, PAUL
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

EXCLAIMER
445 PARK AVE
9TH FLOOR
NEW YORK NY 10022

EXTREME INTEGRATION
4657 E COTTON GIN LOOP
PHOENIX AZ 85040

FAUCHER, MARK E
20410 N 55TH AVE
GLENDALE AZ 85308

FEDEX
PO BOX 7221
PASADENA CA 91109-7321

FEDEX OFFICE
4513 N SCOTTSDALE RD
SCOTTSDALE AZ 85251

FENIX FINANCIAL FORENSICS LLC
10565 NORTH 114TH ST
STE 100
SCOTTSDALE AZ 85259

FEUERSTEIN, LEIGH
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

FIDELITY NATIONAL TITLE CO
10969 TRADE CTR DR
STE 107
RANCHO CORDOVA CA 95670

FIDELITY NATIONAL TITLE CO
11050 OLSEN DR STE 200
RANCHO CORDOVA CA 95670

FIRST INSURANCE FUNDING
450 SKOKIE BLVD
STE 1000
NORTHBROOK IL 60062-7917

FIRST INSURANCE FUNDING CORP
PO BOX 66468
CHICAGO IL 60666-0468

FISHLEDER, DR ANDREW
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

FLOQAST
14721 CALIFA ST
SHERMAN OAKS CA 91411

FORMAN, ZACHARY W
9946 E CACTUS TRL
SCOTTSDALE AZ 85355

FPL ASSOCIATES LP
123 NORTH WACKER DR STE 1900
CHICAGO IL 60606

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257-0551

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA340
PO BOX 2952
SACRAMENTO CA 95812-2952

FRANKLIN, GINA
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

FRAUD HOTLINE LLC
PO BOX 22024
SANTA BARBARA CA 93121-2024

GALVESTON COUNTY
722 MOODY
GALVESTON TX 77550

GARCIA, DENISE M
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

GEOFFREY TURBOW PLLC
6245 E HILLCREST BLVD
SCOTTSDALE AZ 85251

GEORGE W GIRVIN ASSOCIATES INC
444 MAGNOLIA AVE
#200
LARKSPUR CA 94939

GERARD, HANSS GREG
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

GIBSON DUNN AND CRUTCHER LLP
333 SOUTH GRAND AVE
LOS ANGELES CA 90071-3197

GIBSON DUNN AND CRUTCHER LLP
PO BOX 840723
LOS ANGELES CA 90084-0723

GIBSON DUNN AND CRUTCHER LLP
JEFFREY C KRAUSE
333 SOUNTH GRAND AVE
LOS ANGELES CA 90071

GRANT THORNTON
700 MILAM ST
#300
HOUSTON TX 77002

GRANT THORNTON LLP
33562 TREASURY CTR
CHICAGO IL 60694-3500

GREENBERG TRAURIG LLP
18565 JAMBOREE RD
STE 500
IRVINE CA 92612

GREENBERG TRAURIG LLP
8400 NW 36TH STR STE 400
DORAL FL 33166

GREENBERGTRAURIG LLP
TASH H BARKSDALE
1840 CENTURY PK EAST
STE 1900
LOS ANGELES CA 90067

GREGORY FX DALY COLLECTOR OF REVENUE
1200 MARKET ST
ROOM 109
ST. LOUIS MO 63103

GUARDIAN
PO BOX 677458
DALLAS TX 75267-7458

GUARDIAN LIFE INSURANCE CO
PO BOX 677458
DALLAS TX 75267-7458

HACIENDA DEL SOL GUEST RANCH RESORT
5501 N HACIENDA DEL SOL RD
TUCSON AZ 85718

HAHN AND HESSEN LLP
488 MADISON AVE
NEW YORK NY 10022

HALSTEAD, R STEWART
HOLDEN WILLITS PLC
TWO NORTH CENTRAL AVE
STE 1700
PHOENIX AZ 85004

HANSS, GREG
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

HARTFORD THE
PO BOX 660916
DALLAS TX 75266-0916

HARTMAN TITUS PLC
7114 E STETSON DR
STE 205
SCOTTSDALE AZ 85251-3250

HEALTHY BUILDING SCIENCE INC
369-B 3RD ST
#521
SAN RAFAEL CA 94901

HENNES COMMUNICATIONS LLC
50 PUBLIC SQUARE
STE 3200
CLEVELAND OH 44113

HIRERIGHT LLC
PO BOX 847891
DALLAS TX 75284-7891

HOGAN LOVELLS US LLP
875 THIRD AVE
NEW YORK NY 10022

HOLLAND AND KNIGHT
11050 LAKE UNDERHILL RD
#864084
ORLANDO FL 32825

HOLLAND AND KNIGHT
ROBERT J GRAMMIG
PO BOX 864084
ORLANDO FL 32886-4180

HOLLAND AND KNIGHT LLP
PO BOX 864084
ORLANDO FL 32886-4084

HOULIHAN LOKEY FINANCIAL ADVISORS INC
10250 CONSTELLATION BLVD 5TH FL
LAS ANGELES CA 90067

HULL CONSULTING LLC
PO BOX 7400
ALBUQUERQUE NM 87194

IMH SPECIAL ASSET NT 161 LLC
CAPITAL CORPORATE SVC
8825 N 23RD AVE
STE 100
PHOENIX AZ 85021

IMH SPECIAL ASSET NT 168 LLC
CAPITAL CORPORATE SVC
8825 N 23RD AVE
STE 100
PHOENIX AZ 85021

IMH TX 309
CAPITAL CORPORATE SVC
206 E 9TH ST
STE 1300
AUSTIN TX 78702

IMPERIAL COUNTY TREASURER
940 WEST MAIN ST
STE 105
EL CENTRO CA 92243

INSURANCE PROFESSIONALS OF AZ
3521 E BROWN RD
STE 101
MESA AZ 85213

INTERNAL REVENUE SVC
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

INVER GROVE HEIGHTS CITY OF
8150 BARBARA AVE
INVER GROVE HEIGHTS MN 55077

IRON MOUNTAIN
1000CAMPUS DR
COLLEGEVILLE PA 19426

IRON MOUNTAIN
PO BOX 601002
PASADENA CA 91189-1002

IRON MOUNTAIN
JOH SARGENT
1101 ENTERPRISE DR
ROYERSFORD PA 19468

IRS (INTERNAL REVENUE SERVICE)
10TH ST AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530

ITH PARTNER LLC
LARRY D BAIN
7117 NORTH 68TH PL
PARADISE VALLEY AZ 85253

ITH PARTNERS LLC
7117 N 68TH PL
PARADISE VALLEY AZ 85253

JABIT
375 N LA CIENEGA BLVD
#309
LOS ANGELES CA 90048

JAMES RIVER INSURANCE
6641 WEST BROAD ST
STE 300
RICHMOND VA 23230

JAMS INC
PO BOX 845402
LOS ANGELES CA 90084

JENSEN, NICK
1095 W DAWN DR
TEMPE AZ 85284

JFM AND ASSOCIATES
48 KENWOOD AVE
WORCESTER MA 01605

JLL VALUATION AND ADVISORY SVC
200 EAST RANDOLPH DR
CHICAGO IL 60601

JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURGH PA 15250-7967

JOHNSONS TREE AND GARDEN SVC
PO BOX 432
CORTE MADERA CA 94976

JP MORGAN SECURITIES LLC
383 MADISON AVE 8TH FL
NEW YORK NY 10179

JUNIPER CAPITAL PARTNERS LLC
DANIEL KIM
11150 SANTA MONICA STE 1400
LOS ANGELES CA 90025

JUNIPER INVESTMENT ADVISORS LLC
7001 N SCOTTSDALE RD
STE 2050
SCOTTSDALE AZ 85253

JUNIPER SQUARE
PO BOX 207936
DALLAS TX 75320

JUNIPER SQUARE
351 CALIFORNIA ST STE 1450
SAN FRANCISCO CA 94104

KAPLAN VOEKLER CUNNINGHAM AND FRANK
PO BOX 2470
RICHMOND VA 23218

KAPLAN, CHRISTOPHER
5520 E CHEERY LN
PHOENIX AZ 85018

KATES TECHNOLOGY INC
8080 E GELDING DR
STE D107
SCOTTSDALE AZ 85260

KATZ HERDMAN MACGILLIVRAY
PO BOX 250
SANTA FE NM 87504

KULFAN, NICK
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

KYLLO, SARAH
80256 REDSTONE WAY
LA QUINTA CA 92253

LANDIS RATH AND COBB LLP
919 MARKET ST STE 1800
PO BOX 2087
WILMINGTON DE 19899

LATHAM AND WATKINS LLP
PO BOX 894256
LOS ANGELES CA 90189-4256

LAUBERGE DE SONOMA RESORT FUND LLC
7001 N SCOTTSDALE RD
STE 2050
SCOTTSDALE AZ 85253

LAW OFFICE MICHAEL R WOODS
846 BROADWAY
SONOMA CA 95476-7013

LAW OFFICES OF COLLEEN WESTBROOK
118 N BEDFORD RD
STE 100
MT. KISCO NY 10549

LEE AND CO LLC
405 GALAXIE
HARRISONVILLE MO 64701

LIEBERSBACH MOHUN CARNEY AND REED
PO BOX 3337
MAMMOTH LAKES CA 93546

LITTLEMAN, TINA
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

LMF AND ASSOCIATES LLC
FEUERSTEIN LEIGH
100 PASSAIC AVE STE 100
FAIRFIELD NJ 07004

LOB.COM
185 BERRY ST
#6100
SAN FRANCISCO CA 94107

LORD SECURITIES CORP
48 WALL ST
27TH FLOOR
NEW YORK NY 10005

LOVE AND WAR ASSOCIATES LLC
414 BROADWAY
5TH FL
NEW YORK NY 10013

M3 ENTERPRISING HOSPITALITY
1715 N BROWN RD BLDG A
STE 200
LAWRENCEVILLE GA 30043

MAILFINANCE
DEPT 3682
PO BOX 123682
DALLAS TX 75312-3682

MARISOL MARKETING
21082 SURFWOOD LN
HUNTINGTON BEACH CA 92646

MARK RESOLVE INC
7200 S ALTON WAY
STE A200
CENTENNIAL CO 80112

MATRIX HG INC
115 MASON CIR
#B
CONCORD CA 94520

MCA FINANCIAL GROUP
4909 N 44TH ST
PHOENIX AZ 85018

MCLEOD ALEXANDER POWEL AND APFFEL PC
802 RESENBERG
PO BOX 629
CALVESTON TX 77553

MCVEY, JOHN
PO BOX 5360
SCOTTSDALE AZ 85261-5360

MERIS, KATHERINE
8815 E SUTTON DR
SCOTTSDALE AZ 85260

MERIS, WILLIAM
8515 E SUTTON DRI
SCOTTSDALE AZ 85260

MERIS, WILLIAM G
8677 E WINDROSE DR
SCOTTSDALE AZ 85260

MICRO STRATEGIES INC
1140 PARSIPPANY BLVD
PARSIPPANY NJ 07054

MIDFIRST BANK
GEORGE SACCO
1875 CENTURY PARK EAST
STE 1400
LOS ANGELES CA 90067

MIDFIRST BANK
PLAZA TOWER 600 ANTON BLVD
STE 1142
COSTA MESA CA 92626

MIDFIRST BANK
GEORGE SACCO
1875 CENTURY PK EAST
STE 1400
LOS ANGELES CA 90067

MILLER BUCKFIRE AND CO LLC
787 SEVENTH AVE
5TH FLOOR
NEW YORK NY 10019

MODRALL SPERLING
DOUGLAS R VADNAIS
PO BOX 2168
ALBUQUERQUE NM 87103-2168

MOELLER, WILL
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

MOHAVE COUNTY TREASURER
PO BOX 712
KINGMAN AZ 86402

MONTES, SAMUEL J
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

MULEY, YASH
9946 E CACTUS TRL
SCOTTSDALE AZ 85355

MURANAKA, RYAN
28819 N 49TH PLACE
CAVE CREEK AZ 85331

MW2 INVESTMENTS LLC
MARICOPA CTY EQUITY INV MGR
20410 N 55TH AVE
GLENDALE AZ 85308

MW2 INVESTMENTS LLC
JEFFREY M PROPER
JEFFREY M PROPER PLLC
10645 N TATUM BLVD
STE 200-652
PHOENIX AZ 85028

MW2 INVESTMENTS LLC
BC SVC CO LLC
1850 N CENTRAL AVE
STE 1700
PHOENIX AZ 85004

NATORI, KIM
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

NELSON, MARY E
2419  ROSLYN
MESA AZ 85209

NEOPOST USA INC
DEPT 3689
PO BOX 123689
DALLAS TX 75312-3689

NEUSTAR
BANK OF AMERICA
PO BOX 277833
ATLANTA GA 30384-7833

NEUSTAR
PATICK KILKELLY
SECURITY SVC LLC A NEUSTAR CO
BANK OF AMERICA PO BOX 277833
ATLANTA GA 30384-7833

NEWMARK KNIGHT FRANK VALUATION
2398 E CAMELBACK RD STE 950
PHOENIX AZ 85016

NW MUTUAL LIFE INSURANCE CO
720 EAST WISCONSIN AVE
MILWAUKEE WI 53202

OASIS OUTSOURCING
1600 N DESERT DR
#125
TEMPE AZ 85281

OCCUPATIONAL SAFETY AND HEALTH
ADMINISTRATION
SAN FRANCISCO FEDERAL BLDG
90 7TH ST STE 2650
SAN FRANCISCO CA 94103

OCM RECYCLE WEST
10297 W VANBUREN
STE 16
TOLLESON AZ 85353

OLES, EVELYN
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

ON THE MONEY
7600 NORTH 15TH ST STE 150
PHOENIX AZ 85020

OPACS INC
PO BOX 41896
MESA AZ 85274

OPACS INC
PO BOX 14635
SCOTTSDALE AZ 85267

ORACLE AMERICA INC
PO BOX 44471
SAN FRANCISCO CA 94144-4471

PACER SVC CENTER
PO BOX 71364
PHILADELPHIA PA 19176-1364

PARSON, CHADWICK S
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

PATTERSON COMMERCIAL APPLIANCE REPAIR
8901 COAN LN
ORANGEVALE CA 95662

PAYCHEX CO
16404 N BLACK CANYON HWY
#140
PHOENIX AZ 85053

PENN MUTUAL THE HEBETS CO
2575 E CAMELBACK RD
STE 700
PHOENIX AZ 85016

PERSONNEL CONCEPTS
PO BOX 5750
CAROL STREAM IL 60197-5750

PETERSON, BRIAN
12483 CORNELL CT
EDEN PRAIRIE MN 55347

PETERSON, BRIAN
12100 SINGLETREE LN STE 116
EDEN PRAIRIE MN 55344

PHOENIX NAP
3402 E UNIVERSITY DR
PHOENIX AZ 85034

PHOENIXNAP
2353 W UNIVERSITY DR
TEMPE AZ 85281-7223

PHOENIXNAP
MIKE BERRY
PO BOX 51514
LOS ANGELES CA 90051-5814

PLI PRACTISING LAW INSTITUTE
685 MARKET ST
SAN FRANCISCO CA 94105

POLSINELLI SHUGART
ONE E WASHINGTON ST
#1200
PHOENIX AZ 85004

POLSINELLI SHUGART
PO BOX 878681
KANSAS CITY MO 64187-8681

PRACTISING LAW INSTITUTE
PO BOX 26532
NEW YORK NY 10087-6532

PRIDEVEL CONSULTING
1755 PARK ST
STE 200
NAPERVILLE IL 60563

PROCOPY OFFICE SOLUTIONS INC
2845 N OMAHA ST
MESA AZ 85215

PROCOPY OFFICE SOLUTIONS INC
MATT SINGER
1801 W OLYMPIC BLVD
FILE 2317
PASADENA CA 91199-2317

PROSTAR SVC ARIZONA INC
PO BOX 113000
CARROLLTON TX 75011-3000

PUHR, ANNETTE M
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

QUADIENT FINANCE USA INC
PO BOX 6813
CAROL STREAM IL 60197-6813

QUADIENT FORMERLY NEOPOST
PO BOX 6813
CAROL STREAM IL 60197

QUERCIAGROSSA  DECEASED, KIM S
4215 N 34TH ST
PHOENIX AZ 85018

R STEWART HALSTEAD PC
R STEWART HALSTEAD
7003 W SIERRA
PEORIA AZ 85345

RA INVESTMENTS LLC
1550 ELCROFT CT
ROCHESTER MI 48307

RACY, MICHAEL M
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

REALTY EXECUTIVES
23415 N SCOTTSDALE RD
STE G101
SCOTTSDALE AZ 85255

RECORP NEW MEXICO ASSOCIATES
LIMITED PARTNERSHIP
CAPITOL DOCUMENT SVC INC
55 OLD SANTA FE TRL
SECOND FLOOR
SANTA FE NM 87501

RECORP PARTNERS INC
CAPITAL CORPORATE SVC
8825 N 23RD AVE
STE 100
PHOENIX AZ 85021

REICKER PFAU PYLE AND MCROY LLP
1421 STATE ST
STE B
SANTA BARBARA CA 93101

RELIASTAR LIFE INSURANCE
CUSTOMER SVC
PO BOX 5011
MINOT ND 58702

RELX INC DBA LEXISNEXIS
PO BOX 733106
DALLAS TX 75373-3106

REPUBLIC SVCS
PO BOX 78829
PHOENIX AZ 85062-8829

REPUBLIC SVCS
18500 N ALLIED WAY
STE 100
PHOENIX AZ 85054-3101

RICHARDS LAYTON AND FINGER
ONE RODNEY SQUARE
920 N KING ST
WILMINGTON DE 19801

RIVERS AND MOOREHEAD PLLC
398 S MILL AVE
STE 307
TEMPE AZ 85281-6102

ROBERT HALF FINANCE AND ACCOUNTING
PO BOX 743295
LOS ANGELES CA 90074-3295

ROOD, DANIEL
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

ROSSDRULISCUSENBERY ARCHITECTURE INC
18294 SONOMA HWY
SONOMA CA 95476

RSM US LLP
5155 PAYSPHERE CIR
CHICAGO IL 60674

SAFEGUARD
PO BOX 88043
CHICAGO IL 60680-1043

SANDOVAL COUNTY TREASURER
PO BOX 27139
ALBUQUERQUE NM 87125-7139

SAX AND ROSCOE CONSTRUCTION INC
PO BOX 5150
NAPA CA 94581

SCHEER, LARRY
1812 E SPRINGVILLE AVE
PORTERVILLE CA 93257

SEAGOVILLE INVESTMENTS LLLP
CAPITAL CORPORATE SVC
8825 N 23RD AVE
STE 100
PHOENIX AZ 85021

SECURITAS SECURITY SVC USA INC
FILE 57220
LOS ANGELES CA 90074-7220

SECURITIES AND EXCHANGE COMMISSION
NY REG OFFICE  BANKRUPTCY DEPT
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022

SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549

SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103

SECURITIES AND EXCHANGE COMMMISSION
HEADQUARTERS
100 F ST NE
WASHINGTON, DC 20549

SECURITIES AND EXCHANGE COMMMISSION
LOS ANGELES REGIONAL OFFICE
MICHELE WEIN LAYNE - REGIONAL DIRECTOR
444 SOUTH FLOWER ST STE 900
LOS ANGELES CA 90071

SEMPLE, ROBERT
JEFFREY M PROPER
JEFFREY M PROPER PLLC
10645 N TATUM BLVD
STE 200-652
PHOENIX AZ 85028

SERRANO, RIKY ORLANDO
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

SEVILLE PROFESSIONAL CENTER
1825 S GRANT ST STE 700
SAN MATEO CA 94402

SEWARD AND KISSEL LLP
ONE BATTERY PARK PLZ
NEW YORK NY 10004

SHARMA SMITH AND GRAY PC
1875 CENTURY PK E STE 700
LOS ANGELES CA 90067-2508

SHULAK, JERRY
10305 N 101ST ST
SCOTTSDALE AZ 85258

SMITH FIRESTONE ASSOCIATES INC
136 W CANON PERDIDO ST
#220
SANTA BARBARA CA 93101

SONOMA VALLEY FIRE AND RESCUE AUTHORITY
630 SECOND ST WEST
SONOMA CA 95476-6901

SOUTHWEST LENDING LLC
1692 PACE RD NW
ALBUQUERQUE NM 87114

SOUTHWEST SYSTEM MONITORING INC
16701 N 90TH ST
STE 100-A
SCOTTSDALE AZ 85260

SPANN HOLLOWWA AND ARTLEY
1304 CENTRAL AVE SW
ALBUQUERQUE NM 87102

SPI AZ LLC
2415 E CAMELBACK RD
PHOENIX AZ 85016

SQUIRE PATTON BOGGS US LLP
PO BOX 643051
CINCINNATI OH 45264

SQUIRE PATTON BOGGS US LLP
DEANNA ALBERT
1 E WASHINGTON ST
STE 2700
PHOENIX AZ 85004

SRP
PO BOX 80062
PRESCOTT AZ 86304-8062

SRP
1500 N. Mill Ave.
TEMPE AZ 85281

SSMI SOUTHWEST SYSTEM MONITORING INC
7898 E ACOMA
STE 109
SCOTTSDALE AZ 85260

STAPLES CONTRACT AND COMMERCIAL
PO BOX 105638
ATLANTA GA 30348

STAPLES CONTRACT AND COMMERCIAL
ANTHONY MANILLA
777 S SABLE BLVD
AURORA CO 80012

STARR INDEMNITY AND LIABILITY CO
399 PK AVE
NEW YORK NY 10022

STARR SURPLUS LINES INSURANCE CO
399 PK AVE
NEW YORK NY 10022

STEINBERG, MARTHA
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

STEWART TITLE TEXAS
PO BOX 3387
HOUSTON TX 77253-3387

STOCKHOLDER LLC
CAPITAL CORPORATE SVC
8825 N 23RD AVE
STE 100
PHOENIX AZ 85021

STRIPE N STEAL INC
4308 SANTA ROSA AVE
SANTA ROSA CA 95407

THE CAVANAGH LAW FIRM
1850 NORTH CENTRAL AVE
STE 2400
PHOENIX AZ 85004

THE HARTFORD
PO BOX 660916
DALLAS TX 75226-0916

THE LAW OFFICES OF JOSEPH R MANNING
4667 MACARTHUR BLVD STE 150
NEWPORT BEACH CA 92660

THE NORTHWESTERN MUTUAL LIFE INSURANCE CO
720 EAST WISCONSIN AVE
MILWAUKEE WI 53202

THE SHELY FIRM PC
6501 E GREENWAY PKWY
STE. 103-406 SCOTTSDALE AZ 85254

THOMSON REUTERS
WEST PUBLISHING
PO BOX 6292
CAROL STREAM IL 60197-6292

TOTALFUNDS
PO BOX 30193
TAMPA FL 33630-3193

TREELINE VENTURES LLC
12100 SINGLETREE LN
STE 116
EDEN PRAIRIE MN 55344

TRUMPET INC
4505 E CHANDLER BLVD
STE 200
PHOENIX AZ 85048

TULARE COUNTY TAX COLLECTOR
221 SO MOONEY BLVD
ROOM 104-E
VISAILIA CA 93291-4593

TWEAK INNOVATIONS LLC
STEVE PETERSON
6152 N 86TH PL
SCOTTSDALE AZ 85250

ULMER BERNE LLP
KELLY L JONES
SKYLIGHT OFFICE TOWER 1660 WEST 2ND ST
STE 1100
CLEVELAND OH 44113-1448

US BANK
CM-9690
PO BOX 70870
ST. PAUL MN 55170-9690

US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

US EPA REGION 3
OFFICE OF REG COUNSEL/BETTINA DUNN
1650 ARCH ST
PHILADELPHIA PA 19103

US SPECIALTY INSURANCE CO HCC
8 FOREST PK DR
FARMINGTON CT 06032

VALLE MAKOFF LLP
11911 SAN VICENTE BLVD
STE 324
LOS ANGELES CA 90049

VERATAD
500 FRANK W BURR BLVD STE 14
4TH FLOOR CENTER WEST
TEANECK NJ 07666

VERIZON
PO BOX 660108
DALLAS TX 75266-0108

VERIZON WIRELESS
500 TECHNOLOGY DR
STE 550
WELDON SPRING MO 63304

VERIZON WIRELESS
1 VERIZON WAY
BASKING RIDGE NJ 07920

VERIZON WIRELESS
7155 W Detroit Street
CHANDLER AZ 85226

VF WELLNESS LLC
2964 PEACHTREE RD NW
STE 420
ATLANTA GA 30305

VINCENTBENJAMIN PHOENIX LLC
2415 E CAMELBACK RD
STE 1000
PHOENIX AZ 85016

VISION SVC PLAN
PO BOX 742788
LOS ANGELES CA 90074-2788

VSP VISION CARE
2111 E HIGHLAND AVE
#160
PHOENIX AZ 85016

WALSH, JOE
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

WILMOT, CHRISTIE
144481 N IBSEN DR
#1
FOUNTAIN HILLS AZ 85268

WINTECH LLC
319 EAST WARM SPRINGS RD
STE 100
LAS VEGAS NV 89119

WITTMAN, LORI
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

WITTMAN, LORI B
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

WOLF LAW FIRM PC THE
1360 N CHAPEL BLVD
SOUTHLAKE TX 76092

WOLF, JAY
IMH FINANCIAL CORP
7001 N SCOTTSDALE RD
SCOTTSDALE AZ 85253

WOLFE SOLUTIONS
9811 COLONY GROVE LN
VILLA PARK CA 92861

WORKIVA
2900 UNIVERSITY BLVD
AMES IA 50010

WORKIVA
MIKE SELLBREG
2900 UNIVERSITY BLVD
AMES IA 50010

XL SPECIALITY INSURANCE CO
70 SEAVIEW AVE
STAMFORD CT 06902-6040

YARDI SYSTEMS INC
PO BOX 82572
GOLETA CA 93118