**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| IMH FINANCIAL CORPORATION, | ) ) ) | Case No. 20-11858-CSS |
| Reorganized Debtor.[1] | ) ) | **Related Docket Nos. 158, 217** |

**NOTICE OF EFFECTIVE DATE AND ENTRY OF ORDER CONFIRMING**
**AMENDED CHAPTER 11 PLAN OF IMH FINANCIAL CORPORATION**

**PLEASE TAKE NOTICE THAT:**

    **1.**     **Confirmation of the Plan.** On October 13, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Findings of Fact, Conclusions of Law and Order Confirming Debtor's First Amended Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code* [Docket No. 217] (the "Confirmation Order") confirming the *Amended Chapter 11 Plan of IMH Financial Corporation* [Docket No. 158] (together with the Plan Supplement, all schedules and exhibits thereto, and as may be modified, amended or supplemented from time to time, the "Plan").[2] This Notice is intended solely to provide notice of the entry of the Confirmation Order and it does not, and shall not be construed to, limit, modify or interpret any of the provisions of the Confirmation Order or the Plan. The following paragraphs identify some of the provisions of the Confirmation Order and Plan for the convenience of parties in interest; however, parties in interest should refer to the full text of the Confirmation Order and Plan and should not rely upon the summary provided herein.

    **2.**     **Plan Effective Date.** On **October 30, 2020**, the Plan Effective Date of the Plan occurred. All conditions precedent to the Effective Date of the Plan were satisfied or waived in accordance with the Plan, and the Plan has been substantially consummated.

    **3.**     **Bar Dates.**

        a.     *Professional Fee Claims*. All final requests for payment of Professional Claims for services rendered and reimbursement of expenses incurred prior to the Plan Effective Date must be filed and served no later than the first Business Day that is thirty (30) days after the

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is IMH Financial Corporation (7126). The location of the Reorganized Debtor's corporate headquarters is 7001 N. Scottsdale Rd., Scottsdale, Arizona 85253.

[2] Unless otherwise defined in this Notice, capitalized terms and phrases used herein have the meanings given to them in the Plan and/or the Confirmation Order.

Plan Effective Date (i.e., **November 30, 2020**).  Objections to any final requests for payment of Professional Claims must be filed and served on the Reorganized Debtor and the applicable Professional within thirty (30) days after the filing of the final fee application with respect to the Professional Claim.  A hearing to consider the final fee request of a Professional, and any outstanding objections thereto, shall be scheduled for a date and time as the Bankruptcy Court directs.

        b. *Rejection Damages Claims*.  As set forth in Article V of the Plan, unless otherwise provided by an order entered by the Bankruptcy Court, any Executory Contract or Unexpired Lease not included in the Assumed Contracts Schedule, as it may be modified in the Plan Supplement, or otherwise subject to a pending motion to Assume on the date of the Confirmation Hearing, shall be deemed Rejected.  Proofs of Claim asserting Claims for damages arising from the rejection of an Executory Contract or Unexpired Lease must be filed with the Bankruptcy Court and served upon the Reorganized Debtor no later than thirty (30) days after the Plan Effective Date (i.e., **November 30, 2020**).  Any Claim for damages arising from the rejection of an Executory Contract or Unexpired Lease that is not timely filed shall be forever barred and shall not be enforceable against the Debtor or the Reorganized Debtor, or their respective Estate, properties or interests in property.  All Allowed Claims arising from the rejection of Executory Contracts and Unexpired Leases shall be treated as General Unsecured Claims and paid in accordance with the Plan.

    **4.**     **Copies of Confirmation Order.**  Copies of the Confirmation Order, the Plan and any pleadings filed in the Chapter 11 Case may be obtained free of charge by (a) visiting the Debtor's restructuring website at https://www.donlinrecano.com/Clients/imh/Index; (b) sending an email to imhinfo@donlinrecano.com; and/or (c) calling the Debtor's restructuring hotline at (877) 534-8310.  You may also obtain copies of the Confirmation Order, the Plan and any pleadings filed in the Chapter 11 Case for a fee at http://www.deb.uscourts.gov.

| | |
|---|---|
| Dated: October 30, 2020<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Stacy L. Newman*<br>William P. Bowden (No. 2553)<br>Gregory A. Taylor (No. 4008)<br>Stacy L. Newman (No. 5044)<br>Katharina Earle (No. 6348)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899<br>Phone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>wbowden@ashbygeddes.com<br>gtaylor@ashbygeddes.com<br>snewman@ashbygeddes.com<br>kearle@ashbygeddes.com<br><br>-and- |

**SNELL & WILMER L.L.P.**
Christopher H. Bayley
Steven D. Jerome
Benjamin W. Reeves
James G. Florentine
Molly J. Kjartanson
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ  85004-2202
Telephone: 602.382.6000
cbayley@swlaw.com
sjerome@swlaw.com
breeves@swlaw.com
jflorentine@swlaw.com
mkjartanson@swlaw.com

*Counsel for the Reorganized Debtor*